UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VICTOR GUTTMANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLE MEXICAN FOODS, INC.,<br><br>　　　　Defendant. | Civil Action No. 4:14-cv-04845-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** AS MODIFIED<br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: October 31, 2014 |

Having considered the Stipulation to Continue Case Management Conference (the "Stipulation") filed by Defendant Ole Mexican Foods, Inc. and Plaintiff Victor Guttmann, and good cause appearing therefor:

The stipulation is hereby **GRANTED** and the Case Management Conference is **CONTINUED** from February 6, 2015 to ~~February 20, 2015~~ March 27, 2015, at 11:00 A.M.

**IT IS SO ORDERED.**

Dated: January 26, 2015         _____/s/ Jeffrey S. White_____
　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White,
　　　　　　　　　　　　　　　　United States District Judge