1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUTTMANN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLE MEXICAN FOODS, INC.<br><br>Defendant. | Case No: C 14-04845-HSG<br>Pleading Type: Class Action<br>Action Filed: October 31, 2014<br><br>**ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Judge:     The Honorable Haywood S. Gilliam, Jr.<br>Location:  Courtroom 15 |

1  Having reviewed the Parties' Joint Administrative Motion to Vacate the Case Management
2  Conference currently scheduled for June 16, 2015 at 2 p.m., and for good cause shown,
3  IT IS HEREBY ORDERED that the Case Management Conference is vacated.

6  DATED: June 10, 2015

_____
The Honorable Haywood S. Gilliam Jr.
United States District Court Judge

1

*Guttmann v. Ole Mexican Foods, Inc.*, Case No: C 14-04845-HSG
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO VACATE CASE MANAGEMENT CONFERENCE