1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16

| | |
|---|---|
| VICTOR GUTTMANN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLE MEXICAN FOODS, INC.<br><br>Defendant. | Case No: C 14-04845-HSG<br>Pleading Type: Class Action<br>Action Filed: October 31, 2014<br><br>**FINAL JUDGMENT**<br><br>Judge: The Honorable Haywood S. Gilliam, Jr. |

17
18
19
20
21
22
23
24
25
26
27
28

IT IS ON THIS 2nd   DAY OF M A R C H 2017, HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 58 THAT:

1. The settlement of *Guttmann v. Ole Mexican Foods, Inc.*, Case No. 3:14-cv-04845-HSG, pending in the United States District Court, Northern District of California (the "Litigation"), on the terms set forth in the Parties' Settlement Agreement, with exhibits, and definitions included therein, dated June 29, 2015, and filed with this Court on July 2, 2015, Doc. 48-2, was finally approved by order of this Court dated August 1, 2016.

2. Pursuant to Rule 58 of the Federal Rules of Civil Procedure ("Rule 58"), the Court hereby approves the form of judgment and sets forth the judgment in this separate document, to be entered into the civil docket, pursuant to Rule 79(a).

3. The claims in this Litigation are dismissed on the merits and with prejudice pursuant to the terms set forth in the Parties' Settlement Agreement and in the Court's Final Order Approving Class Action Settlement.

4. The Court will retain continuing jurisdiction over the Parties and the Litigation for the reasons and purposes set forth in the Final Order Approving Class Action Settlement, without affecting the finality of this Final Judgment.

**IT IS SO ORDERED**.

DATED:  March 2, 2017

*[Signature: Haywood S. Gilliam Jr.]*

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

1  Dated: August 4, 2016			Respectfully submitted,

2						/s/ Gregory S. Weston
3						Gregory S. Weston

4						**THE WESTON FIRM**
						GREGORY S. WESTON
5						DAVID ELLIOT
						1405 Morena Blvd, Suite 201
6						San Diego, CA 92110
						Telephone: (619) 798-2006
7						Facsimile: (313) 293-7071

8
9						*Settlement Class Counsel*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28